IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL HATCH , <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> *Acting Commissioner of Social Security*, <br><br> Defendant. | **REPORT AND RECOMMENDATION** <br><br> Case No. 2:14-cv-00638 <br><br> District Judge Bruce S. Jenkins <br><br> Magistrate Judge Evelyn J. Furse |

On September 2nd, 2014, Plaintiff Michael Hatch moved this Court for permission to proceed in forma pauperis. (ECF No. 1.) In the accompanying affidavit, Mr. Hatch disclosed $495 in biweekly wages, an $18,000 bank account balance, unspecified dividend payments, and a $36,650 IRA balance. *Id*. Mr. Hatch has failed to demonstrate the "financial inability to pay the required filing fees [$450.00]…" required to proceed in forma pauperis. *Williams v. Cherokee Nation Entm't, L.L.C.*, 446 F. App'x 86, 88 (10th Cir. 2011) (citing *Lister v. Dep't Of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005). Based on Mr. Hatch's disclosures, the undersigned Magistrate Judge RECOMMENDS the Court DENY the Motion.

The Court will send a copy of this Report and Recommendation to Mr. Hatch, who is hereby notified of his right to object. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Mr. Hatch must file any objection to this Report and Recommendation within fourteen (14) days of service thereof. *Id.* Failure to object may constitute waiver of objections upon subsequent review.

DATED this 19th day of September, 2014.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge