FILED
U.S. DISTRICT COURT
2014 OCT -6 A 10: 17
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL HATCH, | Civil No. 2:14-CV-0638-BSJ |
| Plaintiff(s), | |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant(s). | |

The Court has considered the Report and Recommendation of Magistrate Judge Evelyn J. Furse, dated September 19, 2014. No objections thereto have been filed.

The Court adopts the Report and Recommendation.

Based thereon, it is hereby ordered that the Motion to proceed in forma pauperis (ECF No. 1) is **DENIED**.

DATED this 6 day of October, 2014.

BY THE COURT:

BRUCE S. JENKINS
United States Senior District Judge